# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY WADE MARION,<br><br>Petitioner,<br><br>v.<br><br>DEBRA HERNDON,<br><br>Respondent. | CASE NO. CV 09-1028-ABC (JEM)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The Court concurs with and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

**IT IS HEREBY ORDERED** that Respondent's Motion to Dismiss be DENIED.

**IT IS FURTHER ORDERED** that Respondent shall file an Answer to the Petition within thirty (30) days of the date of this Order. Petitioner may file a single Reply responding to matters raised in the Answer within thirty (30) days of the date the Answer is filed and served.

///
///
///
///

1 | Unless otherwise ordered by the Court, this case shall be deemed submitted on the day following
2 | the date Petitioner's Reply to the Answer is due.

DATED: 9/21/09

*Audrey B. Collins*

AUDREY B. COLLINS
UNITED STATES DISTRICT JUDGE