# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY WADE MARION,<br><br>        Petitioner,<br><br>     v.<br><br>DEBRA HERNDON, Warden,<br><br>        Respondent. | Case No. CV 09-1028-ABC (JEM)<br><br>**JUDGMENT** |

In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

**IT IS HEREBY ADJUDGED** that the Petition for Writ of Habeas Corpus in this action is denied and this action is dismissed with prejudice.

DATED: February 24, 2011

                                            AUDREY B. COLLINS
                                    UNITED STATES DISTRICT JUDGE